**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00186-REB-BNB

JOSE LUIS HUERTA,

        Applicant,

v.

DOUGLAS MAURER, Director, CIS;
ALBERTO GONZALES, U.S. Attorney General, & District Director, ICE, & Department of Homeland Security,

        Respondents.

## ORDER

**Blackburn, J**

    This matter is before me on the following:1) applicant's **Petition for Issuance of an Emergency Temporary Restraining Order** [#2], filed January 25, 2007; and 2) applicant's **Motion To Remove Stay of Deportation** [#12], filed June 12, 2007.  I deny the **Petition for Issuance of an Emergency Temporary Restraining Order** [#2], and I grant the **Motion to Remove Stay of Deportation** [#12].

    The applicant, Jose Luis Huerta, claims that he is a citizen of the United States. When he filed this case, he alleged that he was subject to immediate removal from the United States by U.S. Immigration and Customs Enforcement (ICE).  ICE disputed Huerta's claim that he is a U.S. citizen.  In his **Petition for Issuance of an Emergency Temporary Restraining Order** [#2], filed January 25, 2007, Huerta sought an order temporarily restraining ICE and the other defendants from removing Huerta to Mexico.

On January 26, 2007, I entered an order [#5] in which I ordered that "the applicant, Jose Luis Huerta, **SHALL REMAIN IN CUSTODY AND WITHIN THE JURISDICTION OF THIS COURT** until further order." In effect, this order granted the relief sought by the applicant in his **Petition for Issuance of an Emergency Temporary Restraining Order** [#2], filed January 25, 2007. Because the applicant has been granted the relief he sought in his request for a temporary restraining order, I conclude that his **Petition for Issuance of an Emergency Temporary Restraining Order** [#2], filed January 25, 2007, must be denied as moot.

On June 12, 2007, Huerta filed his **Motion to Remove Stay of Deportation** [#12]. In this motion, Huerta says that the state of California issued a birth certificate to him on April 3, 2007. He claims that this California birth certificate conclusively demonstrates that he is a citizen of the United States. Based on these factual allegations, he asserts that his deportation no longer is "foreseeable or, indeed, possible . . . ." He argues further that lifting my previous order that Huerta remain in custody and within the jurisdiction of this court will remove a toll on certain deadlines relevant to Huerta's dispute with ICE concerning Huerta's citizenship. He asks that I lift the stay imposed in my January 26, 2005, order [#5]. The respondent has not asserted any reason to deny Huerta's request to lift the stay imposed in my January 26, 2005, order.

By separate order, I will resolve the parties' dispute concerning this court's jurisdiction over this case, and I will provide a schedule for further briefing, if necessary, and a hearing, if necessary, to posture this case for final resolution.

**THEREFORE, IT IS ORDERED** as follows:

1. That the applicant's **Petition for Issuance of an Emergency Temporary Restraining Order** [#2], filed January 25, 2007, is **DENIED** as moot;

2. That the applicant's **Motion To Remove Stay of Deportation** [#12], filed June 12, 2007, is **GRANTED** as stated in paragraph three (3), below;

3. That the portion of my January 26, 2007, order [#5], which provides that "the applicant, Jose Luis Huerta, **SHALL REMAIN IN CUSTODY AND WITHIN THE JURISDICTION OF THIS COURT** until further order" is **VACATED**.

Dated September 25, 2007, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**