IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-00186-REB

JOSE LUIS HUERTA,

    Petitioner,

v.

DOUGLAS MAURER, Director, CIS,
ALBERTO GONZALEZ, U.S. Attorney General and District Director, ICE, and Department of Homeland Security,

    Respondents.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss** [#20], filed March 19, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this matter should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#20], filed March 19, 2008, is **GRANTED**;

2. That the telephonic conference call set for March 25, 2008, is **VACATED**; and

3. That this matter is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 20, 2008, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**